## CRAMER *against* VAN ALSTYNE.

An *execution*  RIKER, for the plaintiff, moved to amend the *ca. sa.* on file, in
returnable out
of term, is not  this case, by striking out the return day, the 16th *August,* and in-
*void* but may
be amended  serting the 15th *August,* it having been made returnable, by mis-
*Aliter* as to  take, out of term.   He cited 4 *Burr.* 1187.   1 *Cromp. Prac.*
*mesne process.*  368.   1 *Salk.* 273.   1 *Ld. Raym.* 775, 776.   3 *Wils.* 341.   1
*Johns. Cas.* 31.   5 *Johns. Rep.* 163.

*Van Wyck,* contra, contended, that the writ was void, and could
not be amended.   He cited 2 *Johns. Rep.* 190.   4 *Johns. Rep.*
309.   2 *Caines' Rep.* 63.   2 *Salk.* 700.

*Per Curiam.*   The case of *Campbell* v. *Cumming* (2 *Burr.*
1187.) is in point.   Where an *execution* is returnable out of term,
it is not *void,* though liable to be set aside, on motion, for irregula-
rity.   It may, therefore, be amended, though it would be other-
wise as to *mesne process.*   We grant the rule to amend, on pay-
ment of costs.

Motion granted.